UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA SALDANA,<br><br>                Plaintiff,<br><br>    vs.<br><br><br><br>MARK ONE CORPORATION,<br><br>                Defendant.<br>_____ / | CASE NO. CV F 13-1579 LJO SAB<br>**NEW CASE NO. CV F 13-1579 SAB**<br><br>**ORDER TO ASSIGN ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES**<br><br>(Docs. 10, 13.) |

All parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Stanley A. Boone for all further purposes and proceedings.  Further papers shall bear the new case number **CV F 13-1579 SAB**.

U.S. District Judge Lawrence J. O'Neill will take no further action in this case.  Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Boone as necessary.

IT IS SO ORDERED.

Dated:   **January 10, 2014**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28