1 | **SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
2 | **BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
3 | Fresno, California  93711
(559) 494-4910 Telephone
4 | (559) 421-0369 Facsimile

Attorney for Plaintiff, ANGELINA SALDANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ANGELINA SALDANA, | CASE NO. 1:13-CV-01579-SAB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |
| vs. | |
| MARK ONE CORPORATION, a California Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, ANGELINA SALDANA, by and through her attorneys of record, and Defendant, MARK ONE CORPORATION, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorney's fees and costs.

Dated: August 5, 2014          BRYANT WHITTEN, LLP


/s/
_____
SHELLEY G. BRYANT, Attorney for Plaintiff,
ANGELINA SALDANA

1

Dated: August 5, 2014                    GORDON & REES LLP

/s/
_____
ALEXIS AMBER, Attorneys for Defendants,
MARK ONE CORPORATION

**ORDER**

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2). Each party shall bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:   **August 6, 2014**

_____
UNITED STATES MAGISTRATE JUDGE